# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MORA,<br><br>         Plaintiff,<br><br>    v.<br><br>S. SALAHUDDIN, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. 1:08-cv-01054-GSA PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT ON DEFENDANTS SALAHUDDIN AND EDWARDS APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 7) |

Plaintiff Ramon Mora is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law.  Plaintiff filed this action on July 23, 2008.  The Court screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states claims against Defendants Salahuddin and Edwards for violation of the Eighth Amendment and for negligence.[1]  Fed. R. Civ. P. 8(a)(2); Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949-50 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007).  Accordingly, it is HEREBY ORDERED that:

    1.    Service shall be initiated on the following defendants:

**S. SALAHUDDIN, DDS**

---

[1] In a separate order issued concurrently with this order, Plaintiff's declaratory relief claim and official capacity claims against Defendants Salahuddin and Edwards were dismissed for failure to state a claim; and Defendants Doehring, Ragan, O'Brien, Hernon, Igbinosa, Alvarez, Hansen, Shannon, Yates, and Cate were dismissed from this action based on Plaintiff's failure to state any claims against them.

1

**C. EDWARDS, DDS**

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed March 26, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed amended complaint filed March 26, 2009.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **August 4, 2009**                    **/s/ Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE