# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MORA, | 1:08-cv-01054-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR SUBPOENAS, WITHOUT PREJUDICE |
| v. | (Doc. 35.) |
| S. SALAHUDDIN, et al., | ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF RULES 31 AND 45 OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| Defendants. | |

Ramon Mora ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 16, 2011, Plaintiff filed a request for the Court to send him subpoenas for the purpose of taking written depositions of persons named in his complaint – C. Edwards, L. Doehring, and D. Ragan – pursuant to Rule 45.

The Court notes that C. Edwards is a defendant in this action, whereas L. Doehring and D. Ragan are non-parties.[1] If Plaintiff wishes to depose a defendant or non-party by written questions, Plaintiff is cautioned that he must comply with Rule 31 of the Federal Rule of Civil Procedure. Depositions by written questions entail more than simply mailing questions to the deponents and awaiting their written responses. If Plaintiff wishes to compel attendance of non-

---

[1] On August 5, 2009, the Court dismissed defendants Doehring and Ragan from this action based on Plaintiff's failure to state any claims against them. (Doc. 9.)

1

parties at a deposition by subpoena, he must also comply with Rule 45 of the Federal Rule of Civil Procedure. The Court will direct the Clerk's Office to send Plaintiff a copy of Rules 31 and 45. If, after reviewing the rules, Plaintiff believes he is able to conduct depositions in compliance with the rules, Plaintiff shall notify the Court and make a showing that he is able and willing to retain an officer to take responses and prepare the record. Fed. R. Civ. P. 31(b). At that juncture, the Court will reconsider Plaintiff's request for subpoenas and will determine what course of action is needed to facilitate the depositions.

Accordingly, THE COURT HEREBY ORDERS that:

1. Plaintiff's request for subpoenas is DENIED without prejudice;
2. The Clerk is directed to send Plaintiff a copy of Rules 31 and 45 of the Federal Rules of Civil Procedure; and
3. Should Plaintiff wish to conduct depositions with written questions, he must begin by following the instructions written in this order.

IT IS SO ORDERED.

Dated:   **February 25, 2011**                **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE