# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MORA, | 1:08-cv-01054-AWI-GSA-PC |
| Plaintiff, | ORDER FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS |
| v. | |
| S. SALAHUDDIN, et al., | THIRTY-DAY DEADLINE FOR PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO: |
| Defendants. | 1) DEFENDANT SALAHUDDIN'S MOTION FOR JUDGMENT ON THE PLEADINGS (Doc. 27), |
| | 2) DEFENDANT SALAHUDDIN'S MOTION TO DISMISS (Doc. 28), AND |
| | 3) DEFENDANT EDWARDS' MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS (Doc. 38) |

Ramon Mora ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on July 23, 2008.  (Doc. 1.)

On September 15, 2010, defendant Salahuddin filed a motion for judgment on the pleadings; on September 24, 2010, defendant Salahuddin filed a motion to dismiss this action; and on March 16, 2011, defendant Edwards filed a motion to dismiss this action and for judgment on the pleadings. (Docs. 27, 28, 38).  Plaintiff was required to file oppositions to the motions within twenty-one days of the date the motions were filed, but has not done so.  Local Rule 230(l).

1

Local Rule 230(l) provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion..." The Court will deem any failure to oppose defendants' motions to dismiss as a waiver, and recommend that the motions be granted on that basis. Moreover, failure to follow a district court's local rules is a proper grounds for dismissal. U.S. v.Warren, 601 F.2d 471, 474 (9th Cir. 1979). Thus, a court may dismiss an action for plaintiff's failure to oppose a motion to dismiss, where the applicable local rule determines that failure to oppose a motion will be deemed a waiver of opposition. See Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995), cert. denied 516 U.S. 838 (1995) (dismissal upheld even where plaintiff contends he did not receive motion to dismiss, where plaintiff had adequate notice, pursuant to Fed. R. Civ. P. 5(b), and time to file opposition); cf. Marshall v. Gates, 44 F.3d 722, 725 (9th Cir. 1995).

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of service of this order, Plaintiff shall file an opposition or statement of non-opposition to:

    1) Defendant Salahuddin's motion for judgment on the pleadings (Doc. 27),

    2) Defendant Salahuddin's motion to dismiss (Doc. 28), and

    3) Defendant Edwards' motion to dismiss and for judgment on the pleadings (Doc. 38); and

2. If Plaintiff fails to comply with this order, the Court will deem the failure to respond as a waiver, and recommend that the motions be granted on that basis.

IT IS SO ORDERED.

Dated:   **May 9, 2011**                    /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE