# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RAMON MORA,                                1:08-cv-01054-AWI-GSA-PC

         Plaintiff,                     ORDER DENYING DEFENDANTS' EX PARTE
                                           REQUEST TO VACATE DEADLINE
   v.                                      (Doc. 43.)

S. SALAHUDDIN, et al.,

         Defendants.

_____/

Ramon Mora ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 23, 2008. (Doc. 1.)

On May 12, 2011, defendants Salahuddin and Edwards ("Defendants") filed an ex parte request to vacate the Court's deadline to file dispositive motions. (Doc. 43.) Defendants argue that if their pending motions to dismiss are granted, there will be no need for them to file further dispositive motions. In the event that Defendants' motions to dismiss are not granted, Defendants request that the Court re-set the dispositive motions deadline for sixty days to allow them to file dispositive motions.

In filing an ex parte request, Defendants have not allowed Plaintiff an opportunity to respond. The Court's dispositive motions deadline is for all parties to this action, and Plaintiff is also entitled to file dispositive motions. The Court shall not grant such a request without the

opportunity for opposition.  Moreover, the Court finds no good cause to vacate the dispositive

motions deadline based on a contingency.

Based on the foregoing, IT IS HEREBY ORDERED that Defendants' ex parte request to

vacate the dispositive motions deadline in this action is DENIED.


IT IS SO ORDERED.

**Dated:**   **May 13, 2011**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE