IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MORA, | 1:08-cv-01054-AWI-GSA-PC |
| Plaintiff, | |
| vs. | ORDER EXTENDING DEADLINES FOR ALL PARTIES TO THIS ACTION |
| S. SALAHUDDIN, et al., | New Discovery Cut-Off Date:        08/05/2011 |
| | New Dispositive Motion Deadline:  10/05/2011 |
| Defendants. | |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 17, 2001, Plaintiff requested an extension of time to respond to Defendants' discovery requests, and by separate order, Plaintiff's request shall be granted by the Court. (Doc. 39.) In anticipation of the Court's ruling on Plaintiff's request, Defendants requested an extension of the deadline to file motions to compel. (Doc. 40.)

A party may obtain relief from the court's deadline date for discovery by demonstrating good cause for allowing further discovery. Fed. R. Civ. P. 16(b)(4). Defendants have presented good cause for extending the discovery deadline. The current deadline expired on March 29, 2011, and Plaintiff requires additional time to obtain documents to complete discovery. Good cause appearing, the deadline for completion of all discovery, including motions to compel,

1  shall be extended for all parties to this action to **August 5, 2011**.  In light of this extension, the
2  deadline for filing pretrial dispositive motions shall also be extended for all parties to this
3  action to **October 5, 2011**.  The parties are advised to refer back to the Court's
4  Discovery/Scheduling Order of July 29, 2010, for instruction about conducting discovery.
5  (Doc. 24.)
6      Accordingly, IT IS HEREBY ORDERED that:
7      1.    All discovery, including motions to compel, formerly to be completed by March
8          29, 2011, shall be completed by **August 5, 2011**; and
9      3.    The deadline for serving and filing pre-trial dispositive motions, formerly June
10         9, 2011, is extended to  **October 5, 2011**.

12 IT IS SO ORDERED.
13     Dated:   **June 3, 2011**           /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE